Gary S. Fish, Esq. (GSF 6551)
Attorney for the Plaintiff
15 Maiden Lane, Suite 1108
NY, NY 10038
(212) 964-5100

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ NOV 14 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X DKT. NO.: 06 CV 5018

KATHLEEN BURNS,

          PLAINTIFF,

-against-

PINNACLE CREDIT SERVICES, INC. SUCCESSOR
IN INTEREST TO CITIBANK, and GOLDEN, WEXLER,
& SARNESE, P.C.,

          DEFENDANTS.
------------------------------------X

STIPULATION TO
DISCONTINUE ACTION
(Korman, Ch. J)
(Azrack, J.)

IT IS HEREBY STIPULATED TO AND AGREED TO BY THE ATTORNEYS FOR THE RESPECTIVE PARTIES HEREIN, that, no party being an infant or incompetent herein, the above captioned matter be discontinued in its entirety.

And a fully executed copy of this Stipulation shall have the same force and effect as an original thereof, and may be "So ordered" without further notice.

DATED: NEW YORK, NEW YORK
       OCTOBER 30, 2006

Respectfully submitted,

_____
Gary S. Fish, Esq. (GSF 6551)
Attorney for the Plaintiff, 15 Maiden Lane,
#1108, NY, NY 10038; (212) 964-5100

-1-

*[signature]*
Arthur Sanders, Esq., (AS-1210) Attorney
for Defendant Pinnacle Credit Services, Inc.
2 Perlman Drive, Suite 301, Spring Valley,
New York 10977 (845) 352-7272

*[signature]*
Golden Wexler and Sarnese, P.C.
Defendant Pro Se, 377 Oak Street
Garden City, New York 11530
(516) 745-~~5454~~ 6830

SO ORDERED:

s/Joan M. Azrack
THE HONORABLE JOAN AZRACK, JUDGE

11-7-06